# EXHIBIT B

**Cases Pending in the Eastern District of Michigan**

| Case Name | Docket No. |
|---|---|
| *Bliss v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13573) |
| *Bobko v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13501) |
| *Brown v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13373) |
| *Carroll v. Volkswagen Group of America, Inc.* | 15-CV-13360 |
| *Casteen v. Volkswagen Group of America, Inc.* | 15-CV-13660 |
| *Dvorak v. Volkswagen Group of America, Inc.* | 15-CV-13665 |
| *Fisher v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13594) |
| *Flynn v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13617) |
| *Fruge v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13614) |
| *Gurevich v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13389) |
| *Hayden v. Volkswagen Group of America, Inc.* | 15-CV-13688 |
| *Hendricks (Tammy) v. Volkswagen Group of America, Inc.* | 15-CV-13661 |
| *Hough v. Volkswagen Group of America, Inc.* | 15-CV-13663 |
| *Joseph v. Volkswagen Group of America, Inc.* | 15-CV-13693 |
| *Kaufman v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13417) |
| *Kingman v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13615) |
| *Lawrence v. Volkswagen Group of America, Inc.* | 15-CV-13658 |
| *Linnee v. Volkswagen Group of America, Inc.* | 15-CV-13689 |
| *Merz v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13572) |
| *Pauli v. Volkswagen Group of America, Inc.* | 15-CV-13664 |
| *Pendry v. Volkswagen Group of America, Inc.* | 15-CV-13659 |
| *Rasor v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13452) |
| *Romesburg v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13579) |
| *Ross (Pat) v. Volkswagen Group of America, Inc.* | 15-CV-13662 |

| | |
|---|---|
| *Taylor v. Volkswagen Group of America, Inc.* | 15-CV-13666 |
| *Thomas v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13616) |
| *Trainer v. Volkswagen Group of America, Inc.* | 15-CV-13692 |
| *Troffer v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13502) |
| *Uttecht v. Volkswagen Group of America, Inc.* | 15-CV-13360 (previously 15-CV-13529) |